LOTTIE KALLIN and MAX KALLIN, Respondents, v. SOPHIE PFEIFFER, Appellant. —Action to recover damages for personal injuries received by plaintiff Lottie Kallin by reason of a falling ceiling in the apartment occupied by plaintiffs in a tenement house owned by defendant, and for loss of services to the husband. Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff Lottie Kallin stipulates to reduce the judgment as entered in her favor to the sum of $3,167.50; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

JOSEPH TECK and Another, as Trustees, Appellants, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.—Action brought by plaintiffs as assignees of one Aratzkoff to recover the sum of $900 withheld by defendant as liquidated damages under a contract entered into on November 13, 1931, by the defendant with Aratzkoff, for alterations and repairs at Public Schools Nos. 179, 189 and 202 in the borough of Brooklyn. Determination of Appellate Term affirming judgment of the Municipal Court, Borough of Manhattan, Eighth District, dismissing complaint, affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Merrell and O'Malley, JJ., dissent and vote to reverse and grant judgment for appellants on the authority of Board of Education of City of New York v. Sandman (134 Misc. 456; affd., 229 App. Div. 853).

In the Matter of the Application of S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Petitioners, for an Order Directing VICTOR FERNANDEZ and Others, Constituting the Election Inspectors of the Twenty-first Election District of the Seventeenth Assembly District, New York County, to Strike from the Registration Rolls the Names JAMES BAPTIST and Thirty Others, Appellants.— Order modified by granting motion to the extent stated in order and as so modified affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

VALERIE ELIZABETH HUFF v. CHARLES REDFIELD VOSE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, the ex parte order dated November 2, 1935, procured by the appellant vacated, and the date of the examination fixed for November 12, 1935, at the same time and place as fixed in the order made by the court at Special Term. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FELIX GUTKIND, Respondent, v. GEORGE LUEDERS & COMPANY, Appellant.— Order denying defendant's motion for additional security for costs in the sum of $4,500 unanimously affirmed, with twenty dollars costs and disbursements, and the stay contained in the order to show cause, dated November 1, 1935, vacated. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

FELIX GUTKIND, Appellant, v. GEORGE LUEDERS & COMPANY, Respondent. (ALICE GUTHRIE, Appellant.) — Orders denying plaintiff's motion to bring in Alice Guthrie as a party plaintiff, or her substitution in his place as party plaintiff, and denying motion of the plaintiff and Alice Guthrie to renew said motion, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.